# United States District Court
# For The Western District of North Carolina
# Asheville Division

Prateek Goel and Neil Anand,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:10cv153

C. R. Legal, Sr. And Dewayne Tillman,

    Defendant(s).

DECISION BY COURT. This action having come before the Court *sua sponte*, and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/9/11 Order.

    Signed: February 9, 2011

Frank G. Johns, Clerk
United States District Court